AUSA: Nancy Abraham　　Telephone: 810.766.5177
Special Agent: Dustin Hurt　　Telephone: 810.219.6277

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

　　Plaintiff,

v.

HAMZEH SAMARAH

Case: 4:23-mj-30418
Judge: Ivy, Curtis
Filed: 10-17-2023

　　Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of **October 5, 2023 and October 10, 2023**, in the county of **Genesee** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Knowingly distributed a controlled substance, |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) | Knowingly distributed a controlled substance, |
| 18 U.S.C. § 922(g)(1), and | Felon in possession of a firearm, and |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Hurt, Special Agent - ATF&E
Printed name and title

Sworn to before me and signed in my presence.

Date: October 17, 2023

_____
Judge's signature

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
Printed name and title

## Affidavit in Support of Criminal Complaint
### *United States v. Hamzeh Samarah*

1.  I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. On or about October 5, 2023 at 932 E. Seventh Street, Flint, Michigan, in the Eastern District of Michigan, ATF Special Agent Daniel Bowling, acting in an undercover capacity, purchased 49 grams of methamphetamine from Hamzeh Samarah for $660 of pre-recorded agent cashier funds. SA Bowling field tested the methamphetamine which tested positive for the presence of a controlled substance.

4. On or about October 10, 2023, SA Bowling again purchased methamphetamine from Samarah. This transaction took place inside Samarah's apartment at 932 E. Seventh Street, Flint, Michigan, in the Eastern District of Michigan. Samarah took SA Bowling into a back bedroom in the apartment where he weighed, packaged and handed SA Bowling the methamphetamine. Inside the room were two firearms: a silver revolver with a brown handle located on the nightstand with the methamphetamine, and a black semi-automatic rifle with a bipod and a red dot scope was leaning against the wall next to the bed. The rifle was within the immediate reach of Samarah during the controlled buy.

5. SA Bowling worn a concealed body camera during the transaction. Below is a still photo from the video of what was observed by SA Bowling upon entering the bedroom.



6. While in the bedroom, Samarah retrieved the revolver from the nightstand, unloaded the firearm and handed it to SA Bowling. Samarah identified the firearm as a Smith and Wesson .44 magnum. Samarah then identified the rifle as a "honey badger" before handing it to SA Bowling. SA Bowling noted that both firearms were loaded.

7. Below are images from the body camera of Samarah handling both firearms.




8. Samarah then retrieved a tan container from the bed and opened it.

3

Inside the container was a plastic bag of a crystal-like substance identified by Samarah and the as methamphetamine. Samarah stated that the bag contained approximately four ounces of methamphetamine. Samarah weighed and bagged up two ounces of methamphetamine and handed it to SA Bowling. SA Bowling paid Samarah $640 in ATF pre-recorded funds for the methamphetamine. I field tested the methamphetamine which tested positive for the presence of methamphetamine. I weighed the substance and it weighed 58 grams including the packaging.

9. Below are images from the body camera video of Samarah weighing, packaging, and distributing the methamphetamine.

 

10. I queried Samarah's Computerized Criminal History (CCH) and found that he is a convicted felon. Samarah was convicted in Genesee County Circuit Court in 2018 of Carrying a Concealed Weapon (CCW). I know based on my training and experience that CCW is a crime punishable by a term of imprisonment exceeding one year. Samarah also has a Mental Order out of Genesee County in LEIN dated February 26, 2020. An active mental order would also prohibit

Samarah from possessing a firearm.

11.     I am recognized by ATF as having expertise in the interstate travel and manufacture of firearms.  The Smith & Wesson .44 Magnum revolver bearing an unknown serial number and the Honey Badger AR-15 style rifle bearing an unknown serial number were manufactured outside of the state of Michigan and are firearms as defined in Chapter 44, Title 18, United States Code.

12.     Based on the foregoing, I have probable cause to believe that Hamzeh Samarah committed the following federal crimes:

- On October 5, 2023, in the Eastern District of Michigan, Hamzeh Samarah, knowingly distributed a controlled substance, that is a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §  841(a)(1) and (b)(1)(C).

- On October 10, 2023, in the Eastern District of Michigan, Hamzeh Samarah, knowingly distributed a controlled substance, that is a mixture or substance in excess of 50 grams, containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §  841(a)(1) and (b)(1)(B)(viii) .

- On October 10, 2023, in the Eastern District of Michigan, Hamzeh Samarah, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, multiple firearms, in violation of 18 U.S.C. §  922(g)(1).

- On October 10, 2023, in the Eastern District of Michigan, Hamzeh Samarah knowingly possessed firearms, during and in relation to a drug trafficking offense in violation of 18 U.S.C. §  924(c).

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

on  October 17, 2023                            .

_____
CURTIS IVY, JR.
United States Magistrate Judge