UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HAMZEH SAMARAH,

        Defendant.

Case: 4:23-mj-30418
Judge: Ivy, Curtis
Filed: 10-17-2023

---

## MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND ARREST WARRANT

The United States of America respectfully requests that the criminal complaint and arrest warrant in the above-entitled case be sealed for the reason that the United States is apprehensive that one or more persons may flee the jurisdiction or that possibly other evidence may be destroyed if they become aware of the existence of said criminal complaint and arrest warrant.

WHEREFORE, the government respectfully requests that the criminal

complaint and arrest warrant be sealed.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Dated: October 17, 2023

s/NANCY A. ABRAHAM
Assistant U.S. Attorney
600 Church Street
Flint, Michigan 48502
Phone: 810-766-5177
Email: nancy.abraham@usdoj.gov
P42060

IT IS SO ORDERED.

Dated: October 17, 2023

_____
CURTIS IVY, JR.
United States Magistrate Judge