UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Hamzeh Samarah,

    Defendant.

Case No. 23-mj-30418

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

Dated: October 19, 2023

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/NANCY A. ABRAHAM*
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Nancy.Abraham@usdoj.gov
810-766-5177
P42060

**IT IS SO ORDERED.**

Entered:   October 19, 2023

s/Curtis Ivy, Jr.
Hon. Curtis Ivy, Jr.
United States Magistrate Judge